AFFIDAVIT

I, Jonathan E. Harrison, being duly sworn, hereby depose and state the following:

I am a Special Agent employed by the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE) and have been so employed since its inception in March 2003. Prior to March 2003, I was a Special Agent for the Department of Treasury, United States Customs Service for approximately two (2) years. My duties include the investigation of the proceeds of illegal activities, specifically money laundering violations of Title 18 United States Code 1956 and 1957 as well as violations of Title 8, the Immigration and Nationality Act. The following information has been obtained by me personally or has been provided to me by agents and investigators of ICE and other law enforcement agencies, specifically, Corporal Scott Donovan of the Alabama Bureau of Investigations (ABI) and Investigator Fred White of the Tallapoosa County Sheriff's Office.

This affidavit supports an application for a search warrant for Compass Bank Safe Deposit Box identified under number 05022-0 located at the 3508 Eastdale Mall, Montgomery, Alabama 36117, leased by Octavio Trejo PATINO and Ronda BAIRD.

Octavio Trejo PATINO, a Lawful Permanent Resident, is described as: a Hispanic male, five foot-nine inches in height, two hundred-sixty pounds, date of birth of August 20, 1973, and the co-owner of all property located at 1468 Hicks Store Road in Tallassee, Alabama. Ronda Sue BAIRD, a United States citizen, is described as: a white female, five foot-four inches in height, one hundred and fifty nine pounds, date of birth of February 2, 1969, and the co-owner of all property located at 1468 Hicks Store Road in Tallassee, Alabama.

The investigation of RAPID DRYWALL SUBCONTRACTORS, INC, a domestic profit corporation established on August 3, 2001, by Ronda BAIRD, in the state of Georgia, has revealed illegal aliens are employed at RAPID DRYWALL SUBCONTRACTORS, INC. Records indicate that RAPID DRYWALL SUBCONTRACTORS, INC, was administratively dissolved on July 9, 2005, but remains an active company.

Georgia Secretary of State corporate records revealed Octavio Trejo PATINO previously filed for corporate status for Trejo Construction Service, Inc, on February 5, 1999. Trejo Construction Service, Inc, was administratively dissolved on November 9, 2002.

On May 10, 2005, Noel Crenshaw, in a sworn statement, stated PATINO owns the "Compound" located at 1468 Hicks Store Road in Tallassee, Alabama. The "Compound" is also

known as "The Ranch." PATINO employs illegal aliens and taxes their earnings without remitting the money to the proper taxing authority. Crenshaw said some of the illegal aliens obtain false identification documents from PATINO. Crenshaw's former boyfriend, who was an illegal alien employed by PATINO, told her (Crenshaw) this information.

The Alabama Department of Industrial Relations, Labor Market Information Division, had no records of earned wages for employees or any records for RAPID DRYWALL SUBCONTRACTORS, INC, Octavio Trejo PATINO, Ronda BAIRD or Barbara Haynes. The Labor Market Information Division collects information regarding employers and the wages and taxes withheld in the state of Alabama for employees.

On July 21, 2006, an undocumented source of information reported he/she had a conversation with a white male known as "Browning". The source of information stated Browning told him/her his daughter, Ronda BAIRD, was on the computer for the last couple of weeks trying to get the checks prepared. RAPID DRYWALL SUBCONTRACTOR'S account 87330605 revealed the majority of checks from the account were typed, appearing to be electronically generated by a computer and signed by Ronda BAIRD.

On August 3, 2006, ABI Corporal Scott Donovan spoke with PATINO at his residence located at 1468 Hicks Store Road, Tallassee, Alabama. Donovan asked PATINO whether the property inhabitants were legal residents or United States citizens. PATINO stated everyone was legal and had the proper documentation.

On August 17, 2006, ABI Corporal Scott Donovan and Tallapoosa County Sheriff's Office Investigator Fred White, with other law enforcement officers and interpreter Jose Garcia, conducted a knock and talk at 1468 Hicks Store Road, Tallassee, Alabama. Officers initially spoke with BAIRD who consented to their presence on the property and also consented to their speaking with individuals residing on the property. Approximately twenty individuals were identified, of which approximately twelve were illegal aliens. While speaking with the illegal aliens, officers were joined by PATINO and while in the presence of PATINO, the illegal aliens admitted to being in the United States illegally and residing on the property owned by PATINO and BAIRD. PATINO was asked why he had previously lied to Donovan on their August 3, 2006 conversation. PATINO acknowledged lying to Donovan and stated he and others were waiting for President Bush's bill for the workers already in the United States to be approved. PATINO asked Rashonda Baird, BAIRD'S daughter, to retrieve keys from the main residence, 132 Trejo Trail, to

unlock the residences occupied by the legal and illegal aliens residing on the property. Rashonda Baird returned with a yellow plastic key ring holding several keys, which appeared to be residential style keys. Donovan asked PATINO if he had keys to all the buildings on the property and PATINO replied in the affirmative. A partial review of RAPID DRYWALL SUBCONTRACTOR'S account 87330605 established payments from RAPID DRYWALL SUBCONTRACTORS to eight of the twelve illegal aliens identified.

On October 12, 2006, the United States ICE, the Alabama Bureau of Investigations and Tallapoosa County Sheriff's Office executed a federal search warrant, which had been obtained on October 10, 2006, for 1468 Hicks Store Road in Tallassee, Alabama. Approximately twenty-three illegal aliens residing on the property were processed for deportation.

During the search of the main residence occupied by Octavio Trejo PATINO and Ronda BAIRD, agents seized various financial related documentation, possible fraudulent social security cards and Resident Alien Cards, and other documents pertaining to RAPID DRYWALL SUBCONTRACTORS, INC. The agents further found two keys for a safe deposit box along with a Compass Bank "Safe Deposit Box Lease Agreement and Signature Record" identifying Octavio Trejo PATINO and Ronda BAIRD as the lessee for Safe Deposit Box identified as 05022-0 in close proximity to the additional business related records obtained.

Based upon my knowledge, training and experience as a criminal investigator, persons and/or businesses engaged in the unlawful harboring and employing of illegal aliens maintain employment records and documents related to this activity. Persons and/or businesses also maintain records and sensitive documents pertaining to property and assets obtained by reason of this illegal activity. These sensitive documents must be maintained either in safes located at the residence or in a safe deposit box at a bank.

Jonathan Harrison, ICE
Special Agent

Sworn to and subscribed before me this
12th day of October, 2006, at
Montgomery, Alabama

SUSAN RUSS WALKER
United States Magistrate Judge